

In The

## Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-15-00005-CV

_____

KAREN BIELER, APPELLANT

V.

JOHN CURTIS SHARP, APPELLEE

On Appeal from the County Court at Law
Ellis County, Texas
Trial Court No. 03-E-2188; Honorable James S. Chapman, Presiding

January 7, 2015

## ORDER DISMISSING KAREN BIELER'S APPEAL

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant/Cross-Appellee, Karen Bieler, filed a notice of appeal from the trial court's September 5, 2014 judgment rendered in an underlying estate case styled *In the Estate of Donna Elaine Morton*. After the trial court signed a subsequent judgment on November 20, 2014, Appellee/Cross-Appellant, John Curtis Sharp, Executor of the Donna Elaine Morton Estate, also filed a notice of appeal challenging the trial court's denial of his *Motion for Sanctions for Frivolous Pleadings*.

By letter dated December 10, 2014, the Clerk of the Tenth Court of Appeals advised Bieler that the required filing fee of $195 had not been paid; further noting that failure to correct the defect would result in presentment of the case to the Court for dismissal pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure. The appeal was then transferred to this Court pursuant to the Texas Supreme Court's docket equalization procedures.[1]  By letter dated January 5, 2015, the parties were advised of the transfer.  To date, Bieler's filing fee has not been paid.

Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the Texas Supreme Court when an item is presented for filing.  *See* TEX. R. APP. P. 5 and 12.1(b).  Although the filing of a notice of appeal invokes this Court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed.  TEX. R. APP. P. 25.1(b).

Accordingly, Karen Bieler's appeal is dismissed for failure to comply with a directive from this Court requiring action within a specified time.  TEX. R. APP. P. 42.3(c). Bieler's portion of this appeal having been dismissed, no cross-appeal remains and the appeal is now styled *John Curtis Sharp v. Karen Bieler*.  The appellate record is due on or before January 20, 2015.

It is so ordered.

Per Curiam

---

[1] TEX. GOV'T CODE ANN. § 73.001 (West 2013).